| | |
|---|---|
| PROBATION FORM NO. 35 | Report and Order Terminating Probation/ |
| (DSC 8/17) | Supervised Release |
| | Prior to Original Expiration Date |

# United States District Court

FOR THE

<u>District of South Carolina</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Kenneth Forrest | ) | Crim. No. 9:00CR00263-1 |

On September 4, 2002, the above-named individual was sentenced to a ten-year term of supervised release. The term of supervision commenced on November 6, 2018. Since that time, he has complied with the rules and regulations of supervised release and qualifies for early termination according to the Guide to Judiciary Policy, Vol. 8E, §360.20(d). It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

*Joseph James*
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this  28th  day of  November  , 20 23 .

*Bruce H. Hendricks*
The Honorable Bruce Howe Hendricks
United States District Judge